# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v.   CHARLES AGHOGHO EJINYERE | | DISTRICT JUDGE:   Robert J. Jonker |
|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** |
| 1:17-CR-44 | 3/13/19 | 2:02 - 2:35 p.m. |

| PLACE | INTERPRETER |
|---|---|
| Grand Rapids | |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Sally Berens | Larry Willey | CJA Appointment |

### TYPE OF HEARING
- ☐ Arraignment:
  - ☐ mute   ☐ nolo contendere
  - ☐ not guilty   ☐ guilty
- ☐ Final Pretrial Conference
- ☐ Detention   (waived ___)
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☑ Change of Plea
- ☐ Sentencing
- ☐ Trial
- ☐ Other: _____

### DOCUMENTS
- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: _____

Court to Issue:
- ☐ Order of Detention
- ☑ Notice of Sentencing
- ☐ Order Appointing Counsel
- ☐ Other: _____

### CHANGE OF PLEA
Charging Document:
  ☑ Read   ☐ Reading Waived

Guilty Plea to Count(s) 1
of the  Indictment

Count(s) to be dismissed at sentencing:
2, 8-12, 18-22

- ☑ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☑ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

| | |
|---|---|
| Imprisonment: _____ | Plea Agreement Accepted: ☐ Yes ☐ No |
| Probation: _____ | Defendant informed of right to appeal: ☐ Yes ☐ No |
| Supervised Release: _____ | Counsel informed of obligation to file appeal: ☐ Yes ☐ No |
| Fine: $ _____ | Conviction Information: |
| Restitution: $ _____ | Date: _____ |
| Special Assessment: $ _____ | By: _____ |
| | As to Count (s): _____ |

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:**   Glenda Trexler | **Case Manager:**   S. Bourque |