UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    CASE NO. 1:17-CR-44

    HON. ROBERT J. JONKER

CHARLES AGHOGHO EJINYERE,

    Defendant.
_____/

## **ORDER**

The Court has reviewed the sentencing positions of the parties, including the arguments on the proper calculation of loss for guideline purposes. Both sides reference Government Exhibit 300, which was part of the evidentiary record created during the sentencing hearing of co-defendant Igboba. To the Court's knowledge, the Exhibit is not yet part of the record for this defendant. Since both parties reference it, and neither appears to dispute it, one or both parties should ensure that it becomes a part of the record for this defendant too. Perhaps the parties were already planning to do that at the sentencing hearing later this week.

The sentencing hearing of co-defendant Igboba involved testimony and exhibits (from the trial) in addition to Government Exhibit 300. Based on the Court's review of the parties' briefing for this defendant, it does not appear that either side is planning to create an evidentiary sentencing record beyond the PSR itself, and Government Exhibit 300. If the Court's assumption is incorrect, the parties should contact the Court to ensure there is sufficient time blocked on the calendar to accommodate the parties' plans.

Dated:  June 27, 2019           /s/ Robert J. Jonker
                                            ROBERT J. JONKER
                                            CHIEF UNITED STATES DISTRICT JUDGE