UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

---

UNITED STATES OF AMERICA,

                Plaintiff,                No. 1:17-CR-44

vs.                                    Hon. Robert J. Jonker

CHARLES AGHOGHO EJINYERE,

                Defendant.

---

**ADDENDUM TO PRESENTENCE INVESTIGATION REPORT**

---

As stated at the sentencing hearing, the defense submits the following and respectfully requests the information be added to the Presentence Investigation Report. The Government did not object to this request.

                                                Respectfully Submitted,

Date: June 28, 2019                WILLEY & CHAMBERLAIN LLP
                                                Attorneys for Defendant

                                                s/ Larry C. Willey

                                                Larry C. Willey (P28870)
                                                300 Ottawa Avenue, N.W., Suite 810
                                                Grand Rapids, Michigan 49503
                                                (616) 458-2212

**Larry Willey**

**From:** O'Connor, Chris (USAMIW) <Christopher.OConnor@usdoj.gov>
**Sent:** Thursday, December 6, 2018 2:33 PM
**To:** Berens, Sally J. (USAMIW); Larry Willey; Julia Kelly
**Subject:** FW: Ejinyere, Charles -- TIME IN CUSTODY IN UK PENDING EXTRADITION

Sally/Larry/Julia: Please see below regarding the time Ejinyere has spent in and out of custody on this matter prior to his extradition arrest.

---

**From:** Savransky, Natalya (CRM) <Natalya.Savransky@usdoj.gov>
**Sent:** Thursday, December 6, 2018 2:28 PM
**To:** O'Connor, Chris (USAMIW) <COconnor2@usa.doj.gov>
**Subject:** RE: Ejinyere, Charles -- TIME IN CUSTODY IN UK PENDING EXTRADITION

Chris,

With respect to the time Ejinyere spent in custody during the extradition proceedings, the Home Office sent us the following information:

Mr Ejinyere was surrendered to US Marshals on **Thursday 29 November 2018**.

The Secretary of State ordered Ejinyere's extradition on 19 September 2017, under the Extradition Act 2003.

He was originally arrested on a provisional warrant on **21 February 2017** and appeared in court the same day whereupon he was remanded in custody. He was released from custody on conditional bail on **3 July 2018** and he remained subject to bail until he was surrendered on Thursday.

Please advise the court as appropriate.

Best,

Natalya


Natalya T. Savransky
Trial Attorney
Office of International Affairs
Department of Justice, Criminal Division
1301 New York Avenue NW
Washington, DC 20005

1